**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF VERMONT**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **Plaintiff** | : |
| | : |
| **v.** | :    **File No. 1:09-cr-58-jgm-1** |
| | : |
| **RICHARD MEMOLI,** | : |
| **Defendant** | : |

## <u>ORDER</u>

The Magistrate Judge's Report and Recommendation was filed June 14, 2011. (Doc. 57.)  After <u>de novo</u> review and absent objection,  the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED.  <u>See</u> 28 U.S.C. § 636(b)(1).  Richard Memoli's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Doc. 49) is GRANTED.

The Court will schedule a resentencing hearing.  The Defendant shall inform the Court, in writing, <u>on or before August 12, 2011</u>, if he will be retaining counsel, or if he wishes appointment of counsel.  In the event he seeks court-appointed counsel, he shall submit to the Clerk's Office Form CJA 23, Financial Affidavit.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 12th day of July, 2011

_____/s/ J. Garvan Murtha_____
Honorable J. Garvan Murtha
United States District Judge